HSIANG "JAMES" H. LIN (SBN 241472)
jlin@techknowledgelaw.com
MICHAEL C. TING (SBN 247610)
mting@techknowledgelaw.com
KEN K. FUNG (SBN 283854)
kfung@techknowledgelaw.com
TECHKNOWLEDGE LAW GROUP LLP
1521 Diamond Street
San Francisco, CA 94131
Telephone: (408) 646-1131

*Attorneys for Plaintiff*
MAP TOOL INC.

D. James Pak (SBN 194331)
d.james.pak@bakermckenzie.com
Colin H. Murray, (SBN 159142)
colin.murray@bakermckenzie.com
**Baker & McKenzie LLP**
Two Embarcadero Center, 11th Floor
San Francisco, CA 94111-3802
Telephone: +1 415-576 3000
Facsimile: +1 415 576 3099

Attorney for Defendants
PANTECH CO., LTD.; PANTECH WIRELESS, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# (OAKLAND DIVISION)

| | |
|---|---|
| MAP TOOL INC., <br><br> Plaintiff, <br><br> vs. <br><br> PANTECH CO., LTD, ET AL. <br><br> Defendants. | Case No. 4:13-cv-04945-YGR <br><br> [~~PROPOSED~~] SCHEDULING ORDER <br><br> **DEMAND FOR JURY TRIAL** |

Pursuant to Federal Rule of Civil Procedure 26(f), Civil Local Rule 16-9 and the Civil Minutes from the March 17, 2014 Case Management Conference (D.I. 30), Plaintiff Map Tool Inc. and Defendants Pantech Co., LTD and Pantech Wireless, Inc. ("Pantech"), hereby submit this Proposed Scheduling Order.

| Event | Proposed Deadline |
|---|---|
| Plaintiff's Infringement Contentions and accompanying document production due (Patent L.R. 3-1 and 3-2) | March 31, 2014 |
| Defendants Invalidity Contentions and accompanying document production due (Patent L.R. 3-3 and 3-4) | May 15, 2014 |
| Parties exchange proposed claim terms for construction (Patent L.R. 4-1) (no later than 14 days after invalidity contentions) | May 29, 2014 |
| Parties exchange proposed constructions for the identified claim terms and identify all supporting evidence and experts (Patent L.R. 4.2) (no later than 21 days after exchange of proposed terms) | June 19, 2014 |
| Deadline for filing of requests to have more than ten claim terms construed (Standing Order for Patent Cases ¶ 4) | June 26, 2014 |
| Joint Claim Construction and Prehearing Statement due (Patent L.R. 4-3) (No later than 60 days after service of Invalidity contentions) | July 14, 2014 |
| Deadline to complete all discovery related to claim construction (Patent L.R. 4-4) (no later than 30 days after filing of Joint Claim Construction statement) | August 13, 2014 |
| Plaintiff's opening claim construction brief due (Patent L.R. 4-5(a)) (no later than 45 days after Joint Claim Construction and prehearing statement) | August 28, 2014 |
| Defendants' responsive claim construction brief due (14 days after opening brief) | September 11, 2014 |
| Plaintiff's reply claim construction brief due (7 days after responsive brief) | September 18, 2014 |
| Amended, final Joint Claim Construction Statement due (Standing Order for Patent Cases ¶ 6) | September 18, 2014 |
| Deadline for disclosure of materials associated with any opinion of counsel upon which the party intends to rely (Patent L.R. 3-7) | 50 days after Court issues claim construction ruling |
| Claim construction tutorial (Standing Order for Patent Cases ¶ 7) | October 1, 2014 1:00 PM per D.I. 30. |
| Deadline to exchange copies of | October 6, 2014. |

| Event | Proposed Deadline |
|---|---|
| demonstrative exhibits and visual aids to be used at the claim construction hearing (Standing Order for Patent Cases ¶ 11) | |
| Claim construction hearing (Patent L.R. 4-6 and Standing Order for Patent Cases ¶ 9) | October 8, 2014 at 1:00 PM per D.I. 30. |
| Deadline to complete fact discovery | To be set at the Subsequent Case Management Conference per the Court's Standing Order for Patent Cases. |
| Deadline to seek leave of the Court to amend pleadings | |
| Initial expert disclosures and reports due | |
| Rebuttal expert disclosures and reports due | |
| Deadline to complete expert discovery | |
| Dispositive and Daubert motions due | |
| Deadline to exchange proposed Motions *in Limine* (Court's Pretrial Instructions in Civil Cases ¶ 4.a) | |
| Deadline to exchange exhibits and exhibit lists (Court's Pretrial Instructions in Civil Cases ¶ 6.a) | |
| Deadline to meet and confer regarding Joint Pretrial Conference Statement (Court's Pretrial Instructions in Civil Cases ¶ 2) | |
| Joint Pretrial Conference Statement due (Court's Pretrial Instructions in Civil Cases ¶ 2) | |
| Motions *in Limine* due (Court's Pretrial Instructions in Civil Cases ¶ 4.b) | |
| Oppositions to Motions in *Limine* due (Court's Pretrial Instructions in Civil Cases ¶ 4.b) | |
| Deadline for pretrial filings and submission of Joint Trial Readiness Binder and Motions *in Limine* Binder (Court's Pretrial Instructions in Civil Cases ¶¶ 3 and 4.c) | |
| Final pretrial conference (Court's Pretrial Instructions in Civil Cases ¶ 1) | |
| Deadline to submit three sets of trial exhibits (Court's Pretrial Instructions in Civil Cases ¶ 6.c) | |
| Commencement of jury trial (Court's Pretrial Instructions in Civil Cases ¶ 1) | |

Dated: March 21, 2014

Respectfully submitted,

*/s/ Michael C. Ting*
HSIANG "JAMES" H. LIN (SBN 241472)
jlin@techknowledgelaw.com
MICHAEL C. TING (SBN 247610)
mting@techknowledgelaw.com
KEN K. FUNG (SBN 283854)
kfung@techknowledgelaw.com
TECHKNOWLEDGE LAW GROUP LLP

1 | 1521 Diamond Street
2 | San Francisco, CA 94131
  | Telephone: (408) 646-1131
3
  | *Attorneys for Plaintiff*
4 | MAP TOOL INC.

5   Dated: March 21, 2014                    BAKER & McKENZIE LLP

6
                                             By: /s/ *D. James Pak*
7                                            D. James Pak

8                                            *Attorney for Defendants*
                                             PANTECH CO., LTD. and PANTECH WIRELESS, INC.
9

# [~~PROPOSED~~] SCHEDULING ORDER

The above SCHEDULING ORDER PURSUANT TO FED. R. CIV. P. 26(f) AND CIV. L.R. 16-9 is approved. All parties shall comply with its provisions.

IT IS SO ORDERED.

Dated: March 25, 2014

_____
Hon. YVONNE GONZALES ROGERS
United States District Judge